# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>F+W MEDIA, INC.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 19-10479 (KG) |
| In re:<br><br>NEW PUBLISHING HOLDINGS, INC.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 19-10480 (KG) |
| In re:<br><br>F+W SUBSCRIPTION SERVICES, LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 19-10481 (KG) |
| In re:<br><br>F+W TRADE SHOW & EVENTS, LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 19-10482 (KG) |
| In re:<br><br>F+W OH E-COMMERCE, LLC,<br><br>     Debtor. | Chapter 11<br><br>Case No. 19-10485 (KG) |
| In re:<br><br>FORMER QUILTING INC.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 19-10483 (KG) |

| | |
|---|---|
| In re:<br><br>THE WRITERS STORE, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 19-10486 (KG) |
| In re:<br><br>F & W MEDIA INTERNATIONAL LIMITED,<br><br>                Debtor. | Chapter 11<br><br>Case No. 19-10484 (KG) |
| In re:<br><br>F+W NH E-COMMERCE, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 19-10487 (KG)<br><br>**Ref. Docket No. 3** |

**ORDER, PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order authorizing the joint administration of the Chapter 11 Cases and the consolidation thereof for procedural purposes only; and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and this Court having found that it has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that due and sufficient notice of the Motion has been given under the particular circumstances and that no other or further notice of the Motion need be given; and this Court having found that this is a core proceeding pursuant to 28 U.S.C.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

§ 157(b)(2); and this Court having found that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that the relief requested in the Motion and provided herein is in the best interest of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The Clerk of this Court shall maintain one file and one docket for all of the Chapter 11 Cases, which file and docket shall be the file and docket for the Chapter 11 Case of Debtor F+W Media, Inc., Case No. 19-10479 (KG).

4. All pleadings filed in the Chapter 11 Cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| F+W MEDIA, INC., *et al.*,[1] | Case No. 19-10479 (KG) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: New Publishing Holdings, Inc. (4101); F+W Media, Inc. (5953); F+W Subscription Services, LLC (3663); F+W Trade Show & Events, LLC (0268); F+W OH e-Commerce, LLC (3762); Former Quilting Inc. (7854); The Writers Store, Inc. (6951); F & W Media International Limited (UK Registered No. 04003207); and F+W NH e-Commerce, LLC (9731). The headquarters for the above-captioned Debtors is 1140 Broadway, 14th Floor, New York, New York 10001.

5.  All original pleadings shall be captioned as indicated in paragraph 4 and the Clerk of this Court shall make docket entries in the docket of each of the Chapter 11 Cases, other than the Chapter 11 Case of F+W Media, Inc., substantially as follows:

> An order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of New Publishing Holdings, Inc.; F+W Media, Inc.; F+W Subscription Services, LLC; F+W Trade Show & Events, LLC; F+W OH e-Commerce, LLC; Former Quilting Inc.; The Writers Store, Inc.; F & W Media International Limited; and F+W NH e-Commerce, LLC (-). The docket in the chapter 11 case of F+W Media, Inc., Case No. 19-10479 (KG), should be consulted for all matters affecting these cases.

6.  Nothing in the Motion or this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates.

7.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: March 12, 2019
Wilmington, Delaware

_/s/ Kevin Gross_
Kevin Gross
United States Bankruptcy Judge